**FILED**
AUG 29 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In Re: )   Case No. 08-SW-0343 DAD
)
[SEALED] )   **UNDER SEAL**
)
)
)
)
)
)

S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Search Warrant Affidavit and the unexecuted Search Warrant in Case No. 08-SW-0343 DAD be, and is, hereby ordered SEALED until further order of this Court.

DATED: 8/28/08

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE