**FILED**

OCT 16 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: 7291 ADAMS GRAVEL PLANT ROAD, OAKDALE, CALIFORNIA. | Case No. 08-SW-0343 DAD<br><br>**SEALED** |

<u>U N S E A L I N G   O R D E R</u>

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that each of the Search Warrant Affidavits and each of the Search Warrants filed under seal in Case No. 08-SW-0343 DAD be, and hereby are, ordered UNSEALED.

DATED: 10/16/08

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE